JOHN LITTLE, Appellant, v. MINOT CREHORE, Respondent.   (No. 2.) — Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Claim of E. I. DU PONT DE NEMOURS POWDER COMPANY against the CITY OF NEW YORK, under Section 42, Chapter 724 of the Laws of 1905, as Amended by Section 9, Chapter 314 of the Laws of 1906. Business Damage Commission No. 3.—Appeal dismissed.

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim of MATTHEW J. SMITH for Compensation under the Workmen's Compensation Law, Respondent, v. L. E. ELLIS & SON, Employer, and ZURICH GENERAL ACCIDENT and LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by ELIZABETH BENKERT, Dependent Mother, Respondent, on Behalf of Herself and on Behalf of the Dependent Sisters and Dependent Brother of PETER BENKERT, Deceased, for the Death of PETER BENKERT, v. CORNELL STEAMBOAT COMPANY, Employer and Self-Insurer, Appellant.— The evidence not being satisfactory as to the facts relating to the terms and conditions of the employment and the place where the services were to be rendered, the award is reversed and the matter remitted to the Commission to take further evidence and make further findings upon those subjects.   All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim of GUISEPPE ARCIERI, Respondent, for Compensation under the Workmen's Compensation Law, v. BOOTH & FLINN, LTD., Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim of JAMES H. SULLIVAN, Respondent, for Compensation under the Workmen's Compensation Law, v. DETROIT CADILLAC MOTOR CAR COMPANY, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim of ROBERT LINKLATER, Respondent, for Compensation under the Workmen's Compensation Law, v. BURLING ENGINEERING AND CONSTRUCTION COMPANY, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim of LOUIS KIERNAN, Respondent, for Compensation to Himself under the Workmen's Compensation Law of the State of New York, v. HUGHES-FOULKROD COMPANY and MARYLAND CASUALTY COMPANY, Appellants.— Award reversed on the authority of *Matter of Smith* v. *Heine Boiler Co.* (224 N. Y. 9) and claim dismissed.   All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by JOHN YANCANCKAS, Respondent, v. BROOKLYN EDISON COMPANY, INC., Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of